UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

       V.                                     CASE NO. 3:14 CR 160-1 (JBA)

WELLINGTON BROWN, a/k/a "Jamal"

## AMENDED JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on February 23, 2016 be amended as follows:

**"Accordingly the defendant is adjudicated guilty of the following offenses: Title 18 U.S.C. §1594(c) Conspiracy to Commit Sex Trafficking of a Minor as to count 1 and Title 18 U.S.C. § 1591(a)(1),(b)(2) and (c), and 18 U.S.C. §2 as to counts 2 - 6."**

In all other respects the Judgment & Order of Commitment entered by this Court on February 23, 2016 remains the same.

It is So Ordered.

Dated at New Haven, Connecticut, this 24th day of February, 2016.

                                             /s/ Janet Bond Arterton
                                             Janet Bond Arterton
                                             United States District Judge